UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEW CINGULAR WIRELESS PCS, LLC,
as successor in interest to BELLSOUTH
NATIONAL MARKETING, INC.,

        Plaintiff,

v.                                 Case No.:  3:05cv461/RV/EMT

TELEFYNE INCORPORATED,

        Defendant.
_____/

## JUDGMENT

This action having come before the Court, the Honorable Roger Vinson, on the Motion for Default Judgment filed by Plaintiff, New Cingular Wireless PCS, LLC, as successor in interest to Bellsouth National Marketing, Inc. ("Cingular"), and the Court having granted such motion, it is

**ORDERED AND ADJUDGED** that Plaintiff is hereby awarded $230,487.30 against the Defendant for the unpaid balances at issue, plus $114,091.21 in interest under the agreement, for a total of $344,578,51, plus taxable costs.

                        WILLIAM M. MCCOOL, CLERK OF COURT

 June 5, 2006                      *s/ Jerry Marbut*
    Date                             Deputy Clerk